

WESLEY M. MULLEN

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

February 20, 2020

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

VIA CM/ECF

SO ORDERED

The March 26, 2020 conference is adjourned to April 16, 2020 at 9:45 a.m.

*[signature]* Hon. George B. Daniels

Re: Cheng v. Olzem et al., No. 1:19-cv-06128-GBD

Your Honor,

I represent the Plaintiff in this action for copyright infringement. I write pursuant to Rule II.C. of the Court's Individual Practices to request extensions of time.

First, because Defendants have accepted service, the parties jointly request that the date for Defendants to respond to the Complaint be extended for 60 days, (see Fed. R. Civ. P. 4(d)(1)(F), (d)(3)), to and including April 2, 2020. There has been no prior request to extend this date.

Second, an initial conference is set for March 26, 2020. The parties jointly request that the conference be adjourned until after April 2, 2020, to allow time for Defendants' response to the initial pleading. There has been one prior request to adjourn this conference, (ECF Doc. 18); it was granted, (ECF Doc. 20).

I have conferred by email with Mr. Terry, counsel for the Defendants, who consented to the foregoing requests.

Respectfully,

*[signature]*
Wesley M. Mullen

Cc: Mark Terry, Esq. (via email to mark@terryfirm.com)

WMULLEN@MULLENPC.COM | (646) 632-3718