**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

TRACIE CHENG,

                    Plaintiff,

     -against-

MICHELLE OLZEM et al.,

                    Defendants.

------------------------------------------x

ORDER

19 Civ. 6128 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 16, 2020 conference is adjourned to June 18, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE