UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

TRACIE CHENG,

                Plaintiff,

  -against-

MICHELLE OLZEM; LEPASTELL LLC,

              Defendants.

------------------------------------ X

ORDER

19 Civ. 6128 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 8 2020

GEORGE B. DANIELS, District Judge:

The June 18, 2020 status conference is adjourned to October 8, 2020 at 9:45 a.m.

Dated: June 8, 2020
      New York, New York

SO ORDERED.

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE