UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

TRACIE CHENG,

                Plaintiff,

-against-

MICHELLE OLZEM; LEPASTELL LLC,

                Defendants.

------------------------------------ X

ORDER

19 Civ. 6128 (GBD)

GEORGE B. DANIELS, District Judge:

    The October 8, 2020 status conference is adjourned to December 17, 2020 at 9:45 a.m. The parties and ordered to submit a letter, at least 30 days prior to the next conference date, apprising this Court as to the status of this matter and suggesting any potential trial dates.

Dated: October 5, 2020
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE