UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

TRACIE CHENG,

                Plaintiff,

  -against-

MICHELLE OLZEM; LEPASTELL LLC,

                Defendants.

------------------------------------ X

ORDER

19 Civ. 6128 (GBD)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

    All conferences previously scheduled are adjourned sine die.

Dated: November 12, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE